Philip J. Wang (SBN 218349)
Law Office of Philip J. Wang
160 Bovet Rd. Ste 310
San Mateo, CA 94402
Tel:  650.521.9020
phil@philwanglaw.com

*Counsel for Plaintiff Precision Concrete Cutting, Inc.*

**IT IS SO ORDERED**
*[signature]*
Judge James Ware

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRECISION CONCRETE CUTTING, Inc., a Utah Corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRYAN PATRICK RIFLEY dba CHANNEL ISLANDS SAWING, CO., an individual; BRYAN PATRICK RIFLEY JR. dba CHANNEL ISLANDS SIDEWALK GRINDING and CHANNEL ISLANDS SAWING, an individual,<br><br>　　　　　　　Defendants. | **CASE NO.   5:10-cv-0310-JW**<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION** |

## **NOTICE**

Pursuant to Civil L.R. 7-7(e), Plaintiff Precision Concrete Cutting, Inc. hereby withdraws its Motion for Preliminary Injunction filed on January 22, 2010 and currently set for hearing on April 5, 2010 at 9:00a.m.

Dated:  February 12, 2010

                                        LAW OFFICE OF PHILIP J. WANG

                                        By _____/s/_____
                                        Philip J. Wang
                                        *Attorney for Plaintiff Precision Concrete Cutting, Inc.*