Philip J. Wang (SBN 218349)
Law Office of Philip J. Wang
160 Bovet Rd. Ste 310
San Mateo, CA 94402
Tel: 650.521.9020
phil@philwanglaw.com

*E-Filed 4/1/10*

Counsel for Plaintiff Precision Concrete Cutting, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECISION CONCRETE CUTTING, Inc., a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PATRICK RIFLEY dba CHANNEL ISLANDS SAWING, CO., an individual; BRYAN PATRICK RIFLEY JR. dba CHANNEL ISLANDS SIDEWALK GRINDING and CHANNEL ISLANDS SAWING, an individual,<br><br>Defendants. | **CASE NO. 5:10-cv-0310-RS**<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Civil L.R. 7-12 |

## STIPULATED REQUEST

WHEREAS, on March 18, 2010, the above-captioned case was reassigned to the Honorable Richard G. Seeborg and Judge Seeborg ordered the parties to submit a joint case management statement by April 2, 2010;

WHEREAS, Defendants' counsel has not yet made an appearance in the case and was not served with the Reassignment Order until March 31, 2010;

WHEREAS, the parties desire an extension of time to file a joint case management statement.

THEREFORE, the parties hereby jointly request an extension of time to file a joint case management statement by April 9, 2010.

Dated:  March 31, 2010

LAW OFFICE OF PHILIP J. WANG

By _____/s/_____
Philip J. Wang
*Attorney for Plaintiff Precision Concrete Cutting, Inc.*

Dated:  March 31, 2010

TURNER BOYD, LLP

By _____/s/_____
Julie Turner
*Attorney for Defendants Bryan Patrick Rifley and Bryan Patrick Rifley. Jr.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE:    4/1/10

_____
THE HONORABLE RICHARD G. SEEBORG