*E-Filed 11/1/10*

1  Philip J. Wang (SBN 218349)
   Law Office of Philip J. Wang
2  160 Bovet Rd. Ste 310
   San Mateo, CA 94402
3  Tel:  650.521.9020
   phil@philwanglaw.com
4
5  Ramon L. Pizarro (Pro Hac Vice,
   Colorado SBN 21400)
6  Law Office of Ramon L. Pizarro
   3515 South Tamarac Drive, Ste. 200
7  Denver, CO 80237
   Tel:  303.779.9551
8  ramon@ramonpizarro.com

9  *Counsel for Plaintiff Precision Concrete Cutting, Inc.*

10
11              **UNITED STATES DISTRICT COURT FOR THE**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                  **SAN FRANCISCO DIVISION**

14  PRECISION CONCRETE CUTTING, Inc., a      **CASE NO. C10-00310 RS**
    Utah Corporation,
15
16                        Plaintiff,
17  v.
                                             **ORDER ON PARTIES'**
18  BRYAN PATRICK RIFLEY dba CHANNEL         **STIPULATED REQUEST FOR AN**
    ISLANDS SAWING, CO., an individual;      **EXTENSION OF TIME TO FILE THE JOINT**
19                                           **CLAIM CONSTRUCTION AND PRE-**
    BRYAN PATRICK RIFLEY JR. dba             **HEARING STATEMENT PER LOCAL**
20  CHANNEL ISLANDS SIDEWALK                 **PATENT RULE 4-3**
    GRINDING and CHANNEL ISLANDS
21  SAWING, an individual, and

22  BPR, Inc., a California corporation,

23                        Defendants.

24

25          The parties have files a stipulated request to the Court for an extension to file their Joint

26  Claim Construction and Prehearing Statement required by Patent L.R. 4-3 on November 22,

27  2010. Based on the reasons provided in their motion the Court finds that good cause has been

28  shown and,

**ORDER GRANTING EXTENSION OF TIME**                1                    **Case No. C10-00310 RS**
**TO COMPLY WITH PATENT L.R. 4-3**

1

2          IT IS ORDERED that the Motion is GRANTED.

3          IT IS FURTHER ORDERED that the parties shall submit their Joint Claim Construction

4    and Prehearing Statement November 22, 2010.

5

6    Dated: _ 11/1/10 _____

7

8                                                    BY THE COURT:

9

10                                                   _____

11                                                   Richard Seeborg
                                                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28