*E-Filed 11/23/10*

1  Philip J. Wang (SBN 218349)
Law Office of Philip J. Wang
2  160 Bovet Rd. Ste 310
San Mateo, CA 94402
3  Tel:  650.521.9020
phil@philwanglaw.com
4

5  Ramon L. Pizarro (Pro Hac Vice,
Colorado SBN 21400)
Law Office of Ramon L. Pizarro
6  3515 South Tamarac Drive, Ste. 200
Denver, CO 80237
7  Tel:  303.779.9551
ramon@ramonpizarro.com
8

*Counsel for Plaintiff Precision Concrete Cutting, Inc.*
9

10          **UNITED STATES DISTRICT COURT FOR THE**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12               **SAN FRANCISCO DIVISION**

13

14  PRECISION CONCRETE CUTTING, Inc., a  **CASE NO. C10-00310 RS**
Utah Corporation,
15

16           Plaintiff,

v.
17
  BRYAN PATRICK RIFLEY dba CHANNEL  **ORDER ON PARTIES'**
18  ISLANDS SAWING, CO., an individual;  **STIPULATED REQUEST FOR A SECOND**
**EXTENSION OF TIME TO FILE THE JOINT**
19  BRYAN PATRICK RIFLEY JR. dba  **CLAIM CONSTRUCTION AND PRE-**
CHANNEL ISLANDS SIDEWALK  **HEARING STATEMENT PER LOCAL**
20  GRINDING and CHANNEL ISLANDS  **PATENT RULE 4-3**
SAWING, an individual, and
21
  BPR, Inc., a California corporation,
22
          Defendants.
23

24

25        The parties have filed a stipulated second request to the Court for an extension to file

26  their Joint Claim Construction and Prehearing Statement required by Patent L.R. 4-3 on

27  December 17, 2010. Based on the reasons provided in their motion the Court finds that good

28  cause has been shown and,

1

2          IT IS ORDERED that the Request is GRANTED.

3          IT IS FURTHER ORDERED that the parties shall submit their Joint Claim Construction

4    and Prehearing Statement on December 17, 2010.

5

6    Dated: __11/22/10_____

7

8                                                    BY THE COURT:

9

10                                                   _____
                                                     Richard Seeborg
11                                                   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28