Philip J. Wang (SBN 218349)
Law Office of Philip J. Wang
160 Bovet Rd. Ste 310
San Mateo, CA 94402
Tel:  650.521.9020
phil@philwanglaw.com

Ramon L. Pizarro (Pro Hac Vice,
Colorado SBN 21400)
Law Office of Ramon L. Pizarro
3515 South Tamarac Drive, Ste. 200
Denver, CO 80237
Tel:  303.779.9551
ramon@ramonpizarro.com

*Counsel for Plaintiff Precision Concrete Cutting, Inc.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRECISION CONCRETE CUTTING, Inc., a Utah Corporation,<br><br>               Plaintiff,<br>v.<br><br>BRYAN PATRICK RIFLEY dba CHANNEL ISLANDS SAWING, CO., an individual;<br><br>BRYAN PATRICK RIFLEY JR. dba CHANNEL ISLANDS SIDEWALK GRINDING and CHANNEL ISLANDS SAWING, an individual, and<br><br>BPR, Inc., a California corporation,<br><br>               Defendants. | **CASE NO. C10-00310 RS**<br><br><br><br><br>**ORDER ON PARTIES' STIPULATED REQUEST FOR A THIRD EXTENSION OF TIME TO FILE THE JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT PER LOCAL PATENT RULE 4-3** |

The parties have filed a stipulated second request to the Court for an extension to file their Joint Claim Construction and Prehearing Statement required by Patent L.R. 4-3 be due two weeks from this Court's decision on the Confidential Motion Enforce Settlement Agreement, which was submitted in conjunction with a request for filing under seal, filed on December 14,

2010 (Document 59). Based on the reasons provided in their motion the Court finds that good cause has been shown and,

    IT IS ORDERED that the Request is GRANTED.

    IT IS FURTHER ORDERED that the parties shall submit their Joint Claim Construction Prehearing Statement two weeks from this Court's decision on the Confidential Motion Enforce Settlement Agreement (submitted in conjunction with a request for filing under seal filed on December 14, 2010 (Document 59)).

Dated: __12/17/10_____

                                                  BY THE COURT:

                                                  _____
                                                  Richard Seeborg
                                                  United States District Judge